**FULL NAME:** RATEEK ALLAH 57330-004

**COMMITTED NAME (if different):** FCC Allenwood

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** P.O Box 3000, White Deer, PA, 17887

**PRISON NUMBER (if applicable):**

FILED
SCRANTON
OCT 22 2018
PER _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## Middle DISTRICT OF Pennsylvania

RATEEK ALLAH, PLAINTIFF,
v.
WARDEN MR. BEASELY, et al., DEFENDANT(S).

**CASE NUMBER:** 3:18cv2047 RATEEK ALLAH

**CIVIL RIGHTS COMPLAINT PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes  ☐ No

2. If your answer to "1." is yes, how many? **8 lawsuits**

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

1.) I was assaulted by officers Copeland, Sims, and Nelson.
2.) I was assaulted by officer Jaquess.
3.) Officer Avery got me stabbed by gang then they sent me back to same prison with same inmates and got assaulted again.
4.) I was retaliated on by two lieutenants.
5.) I was retaliated on by a doctor and two officers.
6.) I was retaliated on by officers and staff in California.
7.) I was denied the medical treatment and retaliation.
8.) I was retaliated on by a nurse.

Also in #3 above, they 4 pointed me to my bed for 6 months in local hospital.

a. Parties to this previous lawsuit:
   Plaintiff  RAFEEK ALLAH

   Defendants  COPELAND, SIMS, NELSON, AVERY, JACKLESS, FOREX lieutenants names, DR ASH, DR RUTHERGE, NURSE MS MARTINEZ, DR BUSHMAN

b. Court  MISSURI, INDIANA, SCAROLINA, LA CALIFORNIA, PENNSYLVANIA, ARIZONA.

c. Docket or case number  N/A

d. Name of judge to whom case was assigned  N/A

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)  Failed to prosecute due to mailfraud by prison,

f. Issues raised:  Retaliation, Medical plan to reopen then All 6010(b).

g. Approximate date of filing lawsuit:  within last 6 years.

h. Approximate date of disposition  same.

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed?  ☐ Yes  ☒ No

   If your answer is no, explain why not  see attach Affidavit, in where the counselor stated twice that my grievances were shredded or thrown away. on next page 2(a)

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff  RAFEEK ALLAH
(print plaintiff's name)

who presently resides at  FCC Allenwood, P.O. Box 3000, Whitedeer, PA 17887
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

FCC Allenwood, Whitedeer, PA. 17887
(institution/city where violation occurred)

on (date or dates) __2-1-18 to present date.__, _____, _____.
                    (Claim I)                  (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __MR. Beasely.__ resides or works at
   (full name of first defendant)
   __PO BOX 3000 Whiteder, PA__
   (full address of first defendant)
   __Warden__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

   Explain how this defendant was acting under color of law:
   __He is Warden.__

2. Defendant __Mr. Rodarmel__ resides or works at
   (full name of first defendant)
   __PO BOX 3000 Whiteder, PA__
   (full address of first defendant)
   __Unit Manager.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

   Explain how this defendant was acting under color of law:
   __He is Unit Manager__

3. Defendant __Dr Stahl__ resides or works at
   (full name of first defendant)
   __PO BOX 3000 Whiteder, PA.__
   (full address of first defendant)
   __Health Administrator__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

   Explain how this defendant was acting under color of law:
   __He is the Head over medical__

4. Defendant __DR BUSHMAN__ resides or works at
   (full name of first defendant)
   __PO BOX 3000 WHITE DEER PA__
   (full address of first defendant)
   __Doctor Bushman__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:

   __He is Doctor, ?????__

5. Defendant __PAMELA COOK__ resides or works at
   (full name of first defendant)
   __320 1st St. N.W. Washington, D.C.__
   (full address of first defendant)
   __Medical Designation Nurse.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __She is overseer of medical designations__

6. DEFENDANT MR CONSTANT.
   PO BOX 3000 WHITE DEER PA.
   TRUSTFUND SUPERVISOR.

7.) DEFENDANT, MS KUHTZIAPYRE.
   PO BOX 3000 WHITE DEER PA
   (PA.) PHYSICIAN ASSISTANT

8.) DEFENDANT MR SHAFFER.
   P. O BOX 3000 WHITE DEER PA
   FOODSERVICE DIRECTOR

9.) DEFENDANT CAPTAIN HAN
   PO BOX 3000 WHITE DEER PA
   CAPTAIN.

10.) DEFENDANT VEIGA.
    P. O BOX 3000 WHITE DEER PA.
    MAILROOM SUPERVISOR.

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

See Attached 8 pages -
All a defendants violated plaintiffs Due process
Rights under the U.S. Constitution.
Equal protection Rights.
1st Amendment Rights to free speech.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

See Attached 8 pages.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

3:18cv2047

## Declaration

Comes now Rafeek Allah, hereby declares under penalty of perjury that the foregoing statement is true and correct.

My counselor Mr. Neylon. Told me that none of my grievances are ever filed. Because he shreds them all up. This after I file them with him and I never get a response to any of them. I asked him of all these witnesses He told me that they get shredded up.

FILED
SCRANTON
OCT 22 2018
PER _____
DEPUTY CLERK

Executed on 10-12-2018
@ FCC White Deer, PA.

X _____
Rafeek Allah 57330-067
FCC Allenwood
P.O. Box 3000
White Deer, PA.
17887

2(2)

Warden Beasely and Unit Manager Rodarmel.
Ms. Stackhouse.
Warden Beasely has been made aware of all the issues in this complaint, against all the defendants by and thru E-mail and mainline conversations. He tells Mr Aliah that he will look into it, but never does anything. He knows about the medical. And the points situations.

Rodarmel. Knows that Mr Aliah has low points. But disregards Mr Aliahs complaines. Mr Aliahs points were overscored in FCI Estill. That overscoring placed Mr Aliah into the penitentiary. Mr Aliah was falsely accused of assaulting a staff member case been pending via 2241 in Middle District of Florida for over one year 1/2. Case # 17-00059. All the evidence is in Mr Aliahs favor that he did not do it. Moreover, Rodarmel does not want to take the time and look up the error that was maliciously done by FCI Estill to railroad Mr Aliah to the penitentiary. If he would do so, he would see that they overscored Mr Aliah and thus sent him to penitentiary, when he suppose to be in medium prison. Since wrongfully being placed into pen. Mr Aliah has been raped. And assaulted by prison gangs twice. And he's been to 6 penitentiaries in (2) years time. Stackhouse told Mr Aliah that she's not going to send him nowhere. That he is stuck, and that she don't give a dam if he was overscored and Rodarmel told Mr Aliah the same thing. Beasely told Mr Aliah that he dont want to discuss it anymore.

Moreover, prior to Mr Aliahs transfer to Allenwood. Mr Aliah was in USP Hazelton. His unit manager look up the error and told Mr Aliah that he would send him over to F.C.I if medical did not put him in for transfer already. So it's a fact that the error would of been corrected.

## DR. STAHL. AND DR. BUSHMAN. AND PAMELA COOK.

MR ALLAH HAS GIVEN (3) CD4 BLOOD TESTS THAT READ UNDER FIFTY. THE STANDARD FOR CARE LEVEL FOUR. CARE LEVEL FOUR IS TRANSFER TO A MEDICAL CENTER. WHERE THERE IS 24 HOUR NURSING AND LONG-TERM CARE UNIT. MOREOVER MR ALLAH HAS HAD HIV FOR 24 YEARS AND AIDS FOR 18 YEARS. MR ALLAH IS IN HIS LAST STAGE OF LIFE. MR ALLAH HAS A OPPORTUNISTIC INFECTION IN HIS BRAIN. HE WAS GIVEN UNTIL THIS YEAR LIFE EXPECTANCY TO LIVE. STAHL. BUSHMAN AND PAMELA COOK ALL KNOW THIS VERY WELL. BUT DENY HIM TRANSFER TO MEDICAL CENTER. IT IS THE BELIEF OF PLAINTIFF THAT THEY DO THIS INTENTIONALLY TO TRY AND KILL MR ALLAH. TO LET HIM DIE IN PRISON.

DR BUSHMAN COMMITTED FRAUD ON THE (770) REQUEST FOR TRANSFER TO MEDICAL CENTER TWICE. HE STATED THAT MR ALLAH WAS NOT COMPLIANT WITH MEDICATION AND HE IS.
HE STATED THAT HE DIDN'T BELIEVE THAT HE HAD DEMENTIA FROM HIS BRAIN DISEASE CAUSE BY AIDS. HE STATED HE BELIEVED MR ALLAH WAS FAKING IT.
HE STATED THAT MS. NOLETS, WHO DON'T EVEN WORK AT FCC ALLENWOOD NO MORE. SAID THAT SHE SEEN MR ALLAH WALKING. WHEN MR ALLAH IS CONFINED TO A WHEELCHAIR DO TO HIS BRAIN DISEASE. MR ALLAH WROTE BOTH STAHL AND BUSHMAN TWO E-MAILS EXPLAINING THE SERIOUSNESS OF THERE INACTIONS. AND WROTE PAMELA COOK TWO LETTERS EXPLAINING STAHL AND BUSHMANS FALSE LIES. MR ALLAH IS DENIED DOE OWE RE MEDICAL TREATMENT. DR BUSHMAN ADMITTED THAT HE WAS NOT EVEN QUALIFIED TO TREAT MR ALLAHS BRAIN DISEASE. AND KNOWS NOTHING ABOUT IT.

Mr Allah has suffered many things, due to him not being at medical center. Mr Allah has been to medical center 4 times in the past. He has been raped, Mr Allah was assaulted at USP Victorville, because he kept deficating and urinating on himself. Mr Allah is not able to keep clean sheets and blankets. Mr Allah keeps coming under fire for retaliation by medical and prison staff for filing grievance on them. Mr Allah is being denied medical equipment needed to live a clean life. Mr Allahs medical records were falsified to make it appear he did not need his wheelchair and urinal. And to make Mr Allah look like a fraud. This is done as retaliation for filing grievances. And Stahl and Bushman both cosign these actions. Without any examinations. Dr Bushman has not examine Mr Allah the whole 7 months he's been at FCC Allenwood. But was able to make those false allegations in his 770 request for medical transfer. Mr Allah also believes that Stahl and Bushman try to purposely keep Mr Allah at FCC Allenwood. For purposes of cashing in on the government money that is given to them for treating Mr Allah's AIDS and (PML) brain infection. Mr Allah also suffers from Dementia due to brain infection caused by Aids. He forgets where he's going, fails to go to callouts. Forgets where he is at. Gets extorted by the inmates. And forgets to eat his meals. Or go to eat. He also got incident reports for outbursts. Mr Allah needs 24 hour nursing and long term care. Mr Allah almost died in June of 2018. He is extremely fragile. Staff or medical do not understand his brain infection that has no cure. This is make Mr Allah time hard and cruel at FCC Allenwood.

Mr. Constant. Over charges for commissary items such as for example. Cheap radios that are 27 to 30 dollars elsewhere are 40 dollars here at Allenwood.

Mr. Constant. Needs to be put under audit. Because the inmates purchase commissary every week and the money made is suppose to go towards inmate privileges. Such as movies, cables, prizes, games, and so forth. First of all, this prison. Does not have the things that all other federal prisons have. Such as cable channels. Please note, any channel that is persons of color oriented is not at this prison. Such as (VH1), (TV one), (BET Jams), (BET Her) (Fuse) (MTV videos music videos), (Spike), (Telemundo,) and more. But they do have country music music video channel. They fail to rent institution videos per week, like every other prison in the U.S. They do not have education videos in the library. They do not have recreational videos in the recreation. They do not have televisions for sports and so forth in recreation. Like all other prisons. They do not give prizes for holidays. It is to the belief of Mr. Ainah that they or staff is stealing or Constant is stealing the money from the inmate trust fund. Moreover there are no black products on the commissary such as hair grease, rubber bands, perms. And they overcharge for cheap items such as radios that cost 30.00 at other prisons are 40 dollars here as a example

## Holtzapple

Holtzapple was delivering medication to Mr Allah in special housing unit. Mr Allah had a request form filled out, requesting to be given a urinal. The S.H.U Lieutenant approved for him to have a urinal in his possession. Mr Allah needs the urinal at night because Mr Allah is in a wheelchair and he cannot get up to make it on time to use the toilet. Titus Allah urinates in his bed every night without a urinal. This is well documented in Allah's medical records. Ms Holtzapple got the request from Mr Allah and asked him "Aren't you suing Martinez"? Plaintiff answered "yes". Holtzapple walked away. After that day, a male nurse brought Mr Allah another order that discontinued his urinal. This after it was just renewed 2 months prior. Ms Holtzapple is not even assigned to Mr Allah has his P.A.). Ms. Wood is assigned to Mr Allah as his P.A.) Holtzapple had her name on order to discontinue. This act was done as retaliation for filing a lawsuit on Ms Martinez in case# 18-1114 Mid. Dist. of Pen. As a result, Mr Allah has urinated in his bed over 40 times. And has discontinued using sheets. So it would be easier to clean. Also he uses empty coffee bags, and cups to urinate in, as a replacement for his urinal that was taken. This has caused Mr Allah to smell of urine thru out the day. And causes the inmates to call Mr Allah disrespectful names. Such as pissy. And Mr Allah is unable to change his sheets and blankets. Ms Holtzapple is well aware of Mr Allah's problem. Is why she chose for no reason to get pr. Bussaman to discontinue his urinal. As retaliation for filing lawsuit on Ms Martinez.

## MR SHAFFER

Mr Shaffer is Food Service Director for FCC Allenwood. He is not following National Menu. The National Menu is Administrative Law. And (FBOP) policy. He fails to give inmate population 3-5 ounces of meat per meat meal. 2 vegatables for lunch and two different vegatables for dinner. He fails to give population 2900 calories per day. He fails to gives us a sweet dessert for lunch. Such as pies, cakes, cookies, ice cream. This in what boosts our calories. He repeats the Warden Approve menu, by giving us same meal every week. He does such things as gives us spacetti with sauce and bread, not garlic bread, with spinach. He does not do a form that asks inmates what they like or dislike, so he will not serve it. He gives us old spoiled fruit as deserts. He is suppose to serve what all other prisons are serving, each day. But does not. He got the Warden to rubber stamp their own menu. A more cost worthy menu. To possibly, commit fraud on Government Funds. Or to brown nose Central Office to show how much money was saved. It is to Plaintiffs belief that they are stealing the money sent to feed the prisoners. They do not feed what all other prisons are feeding. Meaning National Menu.

Also Shaffer serves processed meats, such as processed meat patties. The national menu was brought out nationally to stop the feeding of processed meats. Shaffer serves nothing but processed meats weekly. The inmates are thus not getting the nutrients that the national menu calls for.

Shaffer only feeds real chicken. But fake processed fish. Processed chicken patties. Processed meatballs. And processed canned vegetables. Old canned vegetables. The current menu can be considered cruel and unusual punishment. They do not allow us a copy of this menu to be able to show the world what garbage they are serving us. Mallah tried to write a grievance on this issue, but grievance came up missing.

Shaffer also when the prison goes on lock down he merely gives the prisoners balogny sandwich box 3 times a day. Nowhere near 2900 calories we get a box, p-nut butter jelly box and fruit in the morning, then a hot sandwich and balogny box, and another bologny box at night. That changes between granola bar and fruit bars each meal. Shaffer finds every corner to cut back on. By beating us for our hot sandwiches. He cuts back thousands. Poor people like me suffer when we go in lock down, because we have no food to eat. We do not get the holiday meals that all other prisons get. This is blunt fraud going on. And theft. The food service gets certain amount of food each quarter. Shaffer is not serving it.

## MR. VEIGH,

Mr Aliah spoke to Mr Veigh in the chow hall during main line. Mr Aliah reported that he sent a 2241 to the district court in middle district of Pennsylvania. Mr Aliah advised Mr Veigh that the 2241 did not make it there. Veigh told Mr Aliah that he need to put more stamps for certified mail, so that he could track it down for him on. Mr Aliah told Veigh that he never had money to do that. That he should not have to certify mail that the mail should automatic make it there. Mr Aliah investigated this further, by interviewing other inmates who told Mr Aliah that Veigh and his mail room was known for mail fraud and that it happen to them as well. Mr Aliah then put in a preliminary injunction for case # 18-2078. It never made it. In case # 18-2078, the court ordered for Mr Aliah to resubmit another in forma pauperis. Mr Aliah did so, and the in forma pauperis never made it there. The case was dismissed. Mr Aliah again put another preliminary injunction and 2241 to the court under case # 18-1114. That as well never made it, or the 2241. The 2241, was challenging Mr Aliah medical care level and the prisons serving of food not in national menu. These issues are critical to the prisons administration and medical department. For fraud accusations made upon them are serious in nature. Veigh was made aware of this two more times. Via E-mail and he responded with same answer as the one above at mainline. To mail legal mail certified mail. Any mail relevant to any resistance towards the prison to court is never mail. And the mail is opened and read. Veigh is liable for the actions of his department. For he was made aware of this ongoing problem. And the violation of federal law 18. USC. mail fraud. And does nothing about it. Therefore his inactions shows he is guilty as well.

## CAPTAIN HALL, WARDEN BEASELY

CAPTAIN HALL AND WARDEN BEASELY, MAKE RULES IN THE SPECIAL HOUSING UNIT. I.E CONFINEMENT THAT AMOUNT TO CRUEL AND UNUSUAL PUNISHMENT.

They do not allow inmates to possess or purchase a radio in confinement.

They do not allow inmates to possess or purchase food items. You are allowed only one bag of nuts.

All of the books on book cart are torn up and they never replace them.

You are not allowed to recieve your contact list, so you can know your family and friends addresses and phone numbers.

They take your recreation, if you have one piece of paper on the floor.

They claim they do not allow inmates to have radios because a mental health inmate used the battery to set himself on fire.

When more people have cut themselves up with razors, but they still pass razors out 3 times a week.

They would not allow me to have my urinal in SHU. I had to urinate inside milk cartons every day.

I was urinating in my bed, without the urinals and they wouldn't change my sheets out for fresh ones. You can't listen to radio, you can't read anything, sometimes you can't go to recreation and all you can do is look at the walls and be hungry, because you aren't get 2000 calories. The SHU food trays are very small with food.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Compensatory relief of Five million for each Defendant.
Punitive damages of 10 million from each defendant.

10-12-2018
*(Date)*

*(Signature of Plaintiff)*

INMATE NAME/NUMBER: Rateek Allah 57330-004
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887

Legal Mail

Mailed From US Penitentiary

OCT 17 2018



⇔57330-004⇔
Clerk Pennsylvania
235 N Washington AVE
Scranton, PA 18501
United States



RECEIVED
SCRANTON
OCT 22 2018
PER_____
DEPUTY CLERK